# CIVIL COVER SHEET

JS 44 (Rev. 02/19)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

ISABEL HERNANDEZ

## DEFENDANTS

OLIPHANT FINANCIAL, LLC

**(b)** County of Residence of First Listed Plaintiff    KINGS
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    SARASOTA
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
BARSHAY SANDERS, PLLC
100 Garden City Plaza, Ste 500, Garden City, NY 11530
(516) 203-7600

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- O 1 U.S. Government Plaintiff
- O 2 U.S. Government Defendant
- ● 3 Federal Question *(U.S. Government Not a Party)*
- O 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | O 1 | O 1 | Incorporated *or* Principal Place of Business In This State | O 4 | O 4 |
| Citizen of Another State | O 2 | O 2 | Incorporated *and* Principal Place of Business In Another State | O 5 | O 5 |
| Citizen or Subject of a Foreign Country | O 3 | O 3 | Foreign Nation | O 6 | O 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click her for Nature of Suit Code Descriptions

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| O 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | O 625 Drug Related Seizure of Property 21 USC 881 | O 422 Appeal 28 USC 158 | O 375 False Claims Act |
| O 120 Marine | O 310 Airplane / O 365 Personal Injury - Product Liability | O 690 Other | O 423 Withdrawal 28 USC 157 | O 376 Qui Tam (31 USC 3729(a)) |
| O 130 Miller Act | O 315 Airplane Product Liability / O 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | O 400 State Reapportionment |
| O 140 Negotiable Instrument | O 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | O 410 Antitrust |
| O 150 Recovery of Overpayment & Enforcement of Judgment | O 330 Federal Employers' Liability / O 368 Asbestos Personal Injury Product Liability | | O 820 Copyrights | O 430 Banks and Banking |
| O 151 Medicare Act | O 340 Marine | | O 830 Patent | O 450 Commerce |
| O 152 Recovery of Defaulted Student Loans (Excludes Veterans) | O 345 Marine Product Liability / **PERSONAL PROPERTY** | | O 835 Patent - Abbreviated | O 460 Deportation |
| | O 350 Motor Vehicle / O 370 Other Fraud | | O 840 Trademark | O 470 Racketeer Influenced and Corrupt Organizations |
| O 153 Recovery of Overpayment of Veteran's Benefits | O 355 Motor Vehicle Product Liability / O 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ●480 Consumer Credit |
| O 160 Stockholders' Suits | O 360 Other Personal Injury / O 380 Other Personal Property Damage | O 710 Fair Labor Standards Act | O 861 HIA (1395ff) | O 485 Telephone Consumer Protection Act |
| O 190 Other Contract | | O 720 Labor/Management Relations | O 862 Black Lung (923) | O 490 Cable/Sat TV |
| O 195 Contract Product Liability | O 362 Personal Injury - Medical Malpractice / O 385 Property Damage Product Liability | O 740 Railway Labor Act | O 863 DIWC/DIWW (405(g)) | O 850 Securities/Commodities/ Exchange |
| O 196 Franchise | | O 751 Family and Medical Leave Act | O 864 SSID Title XVI | O 890 Other Statutory Actions |
| | | O 790 Other Labor Litigation | O 865 RSI (405(g)) | O 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | O 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | O 893 Environmental Matters |
| O 210 Land Condemnation | O 440 Other Civil Rights / **Habeas Corpus:** | | O 870 Taxes (U.S. Plaintiff or Defendant) | O 895 Freedom of Information Act |
| O 220 Foreclosure | O 441 Voting / O 463 Alien Detainee | | O 871 IRS—Third Party 26 USC 7609 | O 896 Arbitration |
| O 230 Rent Lease & Ejectment | O 442 Employment / O 510 Motions to Vacate Sentence | | | O 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| O 240 Torts to Land | O 443 Housing/ Accommodations / O 530 General | | | |
| O 245 Tort Product Liability | O 445 Amer. w/Disabilities - Employment / O 535 Death Penalty | **IMMIGRATION** | | O 950 Constitutionality of State Statutes |
| O 290 All Other Real Property | O 446 Amer. w/Disabilities - Other / **Other:** | O 462 Naturalization Application | | |
| | O 448 Education / O 540 Mandamus & Other | O 465 Other Immigration Actions | | |
| | O 550 Civil Rights | | | |
| | O 555 Prison Condition | | | |
| | O 560 Civil Detainee Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ● 1 Original Proceeding
- O 2 Removed from State Court
- O 3 Remanded from Appellate Court
- O 4 Reinstated or Reopened
- O 5 Transferred from Another District *(specify)*
- O 6 Multidistrict Litigation - Transfer
- O 8 Multidistrict Litigation – Direct File

Cite the U.S. Civil Statute under which you are filing (*Do not cite jurisdictional statutes unless diversity*)

Brief description of cause:    15 USC §1692 – Fair Debt Collection Practices

## VIII. REQUESTED IN COMPLAINT:

O CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND** $1,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ● Yes    O No

## IX. RELATED CASE(S) IF ANY
*(See Instructions)*

JUDGE _____    DOCKET NUMBER _____

**DATE**    April 15, 2020

SIGNATURE OF ATTORNEY OF RECORD    **/s Craig B. Sanders**

**FOR OFFICE USE ONLY**

RECEIPT# _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____