**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Isabel Hernandez,

                                          Case No: 8:20-cv-00873-WFJ-TGW

        Plaintiff,

         -against-

Oliphant Financial, LLC and Accelerated
Inventory Management, LLC,

        Defendant.

**--------------------------------------------------------------/**

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS           related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

<u>XXX</u> IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: April 17, 2020

                                     **BARSHAY SANDERS, PLLC**
                                     By: */s Craig B. Sanders*
                                       Craig B. Sanders
                                       Florida Bar: 0985686
                                       100 Garden City Plaza, Suite 500
                                       Garden City, New York 11530
                                       Tel. (516) 203-7600

Barshay Sanders PLLC

Email: *consumer@BarshaySanders.com*
*Attorneys for Plaintiff*

