**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Isabel Hernandez,

                  Plaintiff,

                        vs.

Oliphant Financial, LLC and Accelerated Inventory
Management, LLC,

                  Defendant.

Docket No: 8:20-cv-00873-WFJ-TGW

----------------------------------------------------------------/

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 Plaintiff Isabel Hernandez hereby discloses the following

pursuant to this Court's interest person's order:

1. The name of each person, attorney, association of persons, firms, law firm, partnership, and corporations that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    i. Isabel Hernandez and putative class members

    ii. Barshay Sanders, PLLC (counsel for Plaintiff)

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:   **NONE**

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases: **NONE**

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution: **NONE**

I hereby certify that except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in wiring on learning of any such conflict.

DATED: April 17, 2020

**BARSHAY SANDERS, PLLC**
By: /s Craig Sanders
Craig B. Sanders, Esq.
Florida Bar: 0985686
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
*Attorneys for Plaintiff*
Our File No.: 118981

## CERTIFICATE OF SERVICE

I certify that on April 17, 2020, a true copy of the foregoing document was served on all counsel of record via CM/ECF.

DATED: April 17, 2020

**BARSHAY SANDERS, PLLC**
By: /s Craig Sanders
Craig B. Sanders, Esq.
Florida Bar: 0985686
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
*Attorneys for Plaintiff*
Our File No.: 118981