## UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

### AFFIDAVIT OF SERVICE



*144418*

Civil Action  no : **8:20-cv-00873-WFJ-TGW**
Filed Date: **04/16/2020**
Office No: 118981

| Plaintiff(s): | **ISABEL HERNANDEZ** |
|---|---|
| | -vs- |
| Defendant(s): | **OLIPHANT FINANCIAL, LLC AND ACCELERATED INVENTORY MANAGEMENT, LLC** |

STATE OF NEW YORK
COUNTY OF ALBANY          ss.:

**Corey Doyle**, the undersigned, being duly sworn, deposes and says: that the deponent is not a party to this action, is over 18 years of age and resides in the STATE OF NEW YORK.

On **05/15/2020** at **2:03 PM**, deponent served the within **SUMMONS IN A CIVIL ACTION, PROOF OF SERVICE, AND CLASS ACTION COMPLAINT** on **ACCELERATED INVENTORY MANAGEMENT, LLC B/S/U URS AGENTS, INC. AS REGISTERED AGENT** at **99 Washington Ave, Ste. 805A, Albany, NY 12207** in the manner indicated below:

By delivering a true copy of each to and leaving with **PAUL E. HOPECK, ASSISTANT VICE PRESIDENT** who stated he/she is duly authorized to accept legal documents.

A description of the **Defendant(s)**, or other person served on behalf of the **Defendant(s)** is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height(Approx) | Weight(Approx) |
|---|---|---|---|---|---|
| Male | White | Brown | 34-42 | 5Ft9In - 5Ft11In | 161-180 lbs |
| Other Features: | | | | | |

Sworn to and subscribed before me on 05/18/2020

Notary Public

[ ] Daniel O'Leary
Notary Public, State of NY
No. 01OL6293343
Qualified in Schenectady County
Commission expires 12/09/2021

Kristen Smith
Notary Public, State of NY
No.01SM6357988
Qualified in Albany County
Commission expires 05/01/2021

[ ] Kerry Gunner
Notary Public, State of NY
No. 01GU5038710
Qualified in Albany County
Commission expires 02/06/2023

X_____
Corey Doyle
Lightning Legal Services, LLC
P. O. Box 9132
Albany, NY 12209
518.463.1049

Barshay Sanders, PLLC
100 Garden City Plaza - Fifth Floor
Garden City, NY 11530

118981
118981



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This Summons for *(name of individual and title, if any)* Accelerated Inventory Management, LLC
was received by me on *(date)* 5/8/2020 .

[ ] I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

[X] I served the summons on *(name of individual)* Paul E. Hopeck, Assistant Vice President of URS Agents, In
who is designated by law to accept service of process on behalf of *(name of organization)*
Accelerated Inventory Management, LLC _on *(date)* 5/15/2020 ; or
[ ] I returned the summons unexecuted because _____ ; or

[ ] Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: 5/18/2020            _____
                                  *Server's signature*

                          Corey Doyle, Process Server
                                  *Printed name and title*


                          299 Hamilton Street Albany, NY 12210
                                  *Server's address*

Additional information regarding attempted service, etc:



144410