UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ISABEL HERNANDEZ,                                              No.: 8:20-cv-00752-JSM-TGW

            Plaintiff,

v.

OLIPHANT FINANCIAL, LLC, and,
ACCELERATED INVENTORY
MANAGEMENT, LLC,

            Defendants.

_____/

**OLIPHANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Oliphant Financial, LLC ("Oliphant") by its counsel, moves unopposed

pursuant to Fed. R. Civ. P. 6(b) for an extension of time allowed for it to answer or otherwise plead

to the complaint ("Complaint") filed by Plaintiff Isabel Hernandez ("Plaintiff"), for the reasons

that follow:

1.      On or about April 15, 2020, Plaintiff filed her class action complaint ("Complaint")

[D.E. 1].

2.      The Complaint was served upon Oliphant on or about May 15, 2020. *See* [D.E. 1].

As such, the time by which Oliphant must respond to the Complaint has not expired.

3.      In her Complaint, Plaintiff alleges that Oliphant violated the federal Fair Debt

Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA") and the Florida Consumer

Collection Practices Act, Fla. Stat. § 559.55, *et seq.* ("FCCPA"). *Id.*

4.      Oliphant is still in the process of investigating the allegations of the Complaint.

5.      Additionally, the undersigned's firm was just retained to represent Oliphant and has

not had a full opportunity to counsel its client regarding the claims of the Complaint.

6.      As such, Oliphant requires additional time to complete its investigation into the allegations in the Complaint and to receive counsel from its attorneys.

7.      This motion is not interposed for the purposes of delay.

8.      No party would be unduly prejudiced if the Court grants Oliphant an extension of time to enable Oliphant to appropriately respond to the Complaint; however Oliphant, would be prejudiced if its request is denied.

9.      Plaintiff's counsel has no objection to an extension of time up to and including June 26, 2020.

10.     Therefore, Oliphant respectfully requests an extension of time, up to and including June 26, 2020, to answer or otherwise plead.

WHEREFORE, Oliphant respectfully requests that the Court grant its motion, and allow it an extension of time in which to file its response to the Complaint up to and including June 26, 2020, and that the Court provide such further relief as it deems just and proper.

### Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), United States District Court, Middle District of Florida, the counsel for Oliphant has conferred with counsel for the Plaintiff, who agrees to the relief sought in this motion.

### Memorandum of Law in Support

As good cause has been shown for the extension of time requested herein, the time for Oliphant to file its response to the Plaintiff's Complaint should be extended until on or before June 26, 2020.  *See* Fed. R. Civ. P. 6(b).

Dated: June 4, 2020                    Respectfully submitted,

                                       **OLIPHANT FINANCIAL, LLC,**

                            By:    /s/ Christopher P. Hahn___
                                   Christopher P. Hahn, Esq.
                                   MAURICE WUTSCHER LLP
                                   Florida Bar No. 87577
                                   110 E. Broward Blvd., Suite 1700
                                   Fort Lauderdale, FL 33301
                                   Direct: (772) 237-3410
                                   Fax: (866) 581-9302
                                   E-mail: chahn@MauriceWutscher.com
                                   litigation@MauriceWutscher.com


**Certificate of Service**

The undersigned hereby certifies that, on this **4th day of June, 2020**, a true and correct copy of the foregoing document and any related exhibits was served via CM/ECF on all interested parties.

                                   /s/Christopher P. Hahn