## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 8:20-CV-873-T-02TGW

Plaintiff:
**ISABEL HERNANDEZ,**

vs.

Defendant:
**OLIPHANT FINANCIAL, LLC AND ACCELERATED INVENTORY MANAGEMENT. LLC,**

For:
CRAIG B. SANDERS
BARSHAY SANDERS, PLLC
100 GARDEN CITY PLAZA
SUITE 500
GARDEN CITY, NY 11530

Received by Sarasota Process Servers, Inc. on the 2nd day of June, 2020 at 3:08 pm to be served on **OLIPHANT FINANCIAL, LLC, 1800 2ND STREET, SUITE 603, SARASOTA, FL 34236.**

I, Steven T. Zawacki, being duly sworn, depose and say that on the **3rd day of June, 2020** at **1:30 pm, I:**

served a Limited Liability Company by delivering a true copy of **SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH A ATTACHMENT** with the date, hour and initials of process server endorsed thereon by me, to: **SHARON YOUNG-KING** as **CONTROLLER** for **OLIPHANT FINANCIAL, LLC**, at the address of: **1800 2ND STREET, SUITE 603, SARASOTA, FL 34236**, and informed said person of the contents therein, in compliance with F.S. 48.062 (c) If a member or manager is not available during regular business hours to accept service on behalf of the limited liability company, he, she, or it may designate an employee of the limited liability company to accept such service. After one attempt to serve a member, manager, or designated employee has been made, process may be served on the person in charge of the limited liability company during regular business hours.

I am over the age of 18 and have no interest in the above action.I am certified in good standing in the judicial circuit in which the process was served.  No notary required pursuant to FS92.525.2 and under penalty of perjury, I declare that the facts set forth are true and correct.

Subscribed and Sworn to before me on the 3rd day of June, 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

Michelle Toombs
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG247432
Expires 8/9/2022

**Steven T. Zawacki**
#283

**Sarasota Process Servers, Inc.**
P.O. Box 18778
Sarasota, FL 34276
(941) 346-7900

Our Job Serial Number: SPS-2020002564
Ref: 118981

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1m

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Isabel Hernandez, | ) |
| *Plaintiff(s)* | ) |
| | ) |
| v. | ) Civil Action No. 8:20-cv-873-T-02TGW |
| | ) |
| Oliphant Financial, LLC and Accelerated Inventory Management, LLC, | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

Served Date 6·3-2o   Time 1:7~/

To: *(Defendant's name and address)*
Oliphant Financial, LLC
1800 2nd Street, Suite 603
Sarasota, FL 34236

Server _____ 5,2

I.D. # _____ 283

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States, or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BARSHAY SANDERS PLLC
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ___ Apr 16, 2020 ___

_____
Melanie Bowman
*Signature of Clerk or Deputy Clerk*