UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ISABEL HERNANDEZ,                                    No.: 8:20-cv-00873-WFJ-TGW

          Plaintiff,

v.

OLIPHANT FINANCIAL, LLC, and,
ACCELERATED INVENTORY
MANAGEMENT, LLC,

          Defendants.
_____/

**ACCELERATED INVENTORY MANAGEMENT, LLC'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Accelerated Inventory Management, LLC ("Accelerated") by its counsel,

moves unopposed pursuant to Fed. R. Civ. P. 6(b) for an extension of time allowed for it to

answer or otherwise plead to the complaint ("Complaint") filed by Plaintiff Isabel Hernandez

("Plaintiff"), for the reasons that follow:

1.       On or about April 15, 2020, Plaintiff filed her class action complaint

("Complaint") [D.E. 1].

2.       The Complaint was served upon Accelerated on or about May 15, 2020. [D.E. 7].

3.       In her Complaint, Plaintiff alleges that Accelerated violated the federal Fair Debt

Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA"). *See, Complaint*.

4.       Accelerated is still in the process of investigating the allegations of the

Complaint.

5.       Additionally, the undersigned's firm was just retained to represent Accelerated

and has not had a full opportunity to counsel its client regarding the claims of the Complaint.

6.       As such, Accelerated requires additional time to complete its investigation into the

allegations in the Complaint and to receive counsel from its attorneys.

7.    This motion is not interposed for the purposes of delay.

8.    No party would be unduly prejudiced if the Court grants Accelerated an extension of time to enable Accelerated to appropriately respond to the Complaint, however Accelerated would be prejudiced if its request is denied.

9.    Plaintiff's counsel has no objection to an extension of time up to and including June 26, 2020.

10.    Therefore, Accelerated respectfully requests an extension of time, up to and including June 26, 2020, to answer or otherwise plead.

WHEREFORE, Accelerated respectfully requests that the Court grant its motion, and allow it an extension of time in which to file its response to the Complaint up to and including June 26, 2020, and that the Court provide such further relief as it deems just and proper.

### Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), United States District Court, Middle District of Florida, the counsel for Accelerated has conferred with counsel for the Plaintiff, who agrees to the relief sought in this motion.

### Memorandum of Law in Support

As good cause has been shown for the extension of time requested herein, the time for Accelerated to file its response to the Plaintiff's Complaint should be extended until on or before June 26, 2020.  *See* Fed. R. Civ. P. 6(b).

Dated: June 11, 2020

Respectfully submitted,

**ACCELERATED
INVENTORY MANAGEMENT, LLC**

By:    /s/ Christopher P. Hahn\_\_\_
Christopher P. Hahn, Esq.
MAURICE WUTSCHER LLP
Florida Bar No. 87577
110 E. Broward Blvd., Suite 1700
Fort Lauderdale, FL 33301
Direct:  (772) 237-3410
Fax:  (866) 581-9302
E-mail: chahn@MauriceWutscher.com
litigation@MauriceWutscher.com

**Certificate of Service**

The undersigned hereby certifies that, on this **11th day of June, 2020**, a true and correct copy of the foregoing document and any related exhibits was served via CM/ECF on all interested parties.

/s/Christopher P. Hahn