UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ISABEL HERNANDEZ,

      Plaintiff,

v.

OLIPHANT FINANCIAL, LLC, and,
ACCELERATED INVENTORY
MANAGEMENT, LLC,

      Defendants.

_____/

Case No.: 8:20-cv-00752-JSM-TGW

Honorable William F. Jung
Judge Presiding

Honorable Thomas G. Wilson
Magistrate Judge

**OLIPHANT FINANCIAL, LLC'S CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Oliphant Financial, LLC ("Oliphant"), by its attorneys, submits this Certificate of Interested Persons and Corporate Disclosure Statement, and states:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

Defendant, Oliphant Financial, LLC, is a Florida corporation, 52% owned by Robert A. Morris and 48% owned by Oliphant Financial Corporation. Oliphant Financial Corporation is a privately owned corporation, 80% owned by Marilee Morris and 20% owned by Charles H.O. Morris. No publicly held corporation owns ten percent (10%) or more of the stock of Oliphant Financial Corporation.

Isabel Hernandez, Plaintiff
Oliphant Financial, LLC
Oliphant Financial Corporation
Accelerated Inventory Management, LLC
Craig B. Sanders, Esq., Attorney for Plaintiff
Barshay Sanders, PLLC, Attorney for Plaintiff
Christopher P. Hahn, Esq., Attorney for Defendants, Oliphant Financial, LLC and Accelerated Inventory Management, LLC (collectively, "Defendants")

Maurice Wutscher LLP, Attorney for Defendants

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Pursuant to Plaintiff's Complaint, Plaintiff is the only person alleged to have suffered damages as a result of Oliphant's conduct. Oliphant denies any wrongdoing whatsoever, denies all liability to Plaintiffs, and denies that Plaintiffs are entitled to any relief.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: June __ 2020                         Respectfully submitted,

                                            **OLIPHANT FINANCIAL, LLC,**

                              By:   /s/ Christopher P. Hahn_
                                    Christopher P. Hahn, Esq.
                                    MAURICE WUTSCHER LLP
                                    Florida Bar No. 87577
                                    110 E. Broward Blvd., Suite 1700
                                    Fort Lauderdale, FL 33301
                                    Direct: (772) 237-3410
                                    Fax: (866) 581-9302
                                    chahn@MauriceWutscher.com
                                    litigation@MauriceWutscher.com

**Certificate of Service**

The undersigned hereby certifies that on this __-- **day of June, 2020**, a true and correct copy of the foregoing document and any related exhibits was served via CM/ECF on all interested parties.


/s/ Christopher P. Hahn