Case 8:20-cv-00873-WFJ-TGW   Document 19   Filed 02/10/21   Page 1 of 3 PageID 79

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ISABEL HERNANDEZ,

      Plaintiff,

v.

OLIPHANT FINANCIAL, LLC, and,
ACCELERATED INVENTORY
MANAGEMENT, LLC,

      Defendants.

_____/

Case No.: 8:20-cv-00873-WFJ-TGW

Honorable William F. Jung
Judge Presiding

Honorable Thomas G. Wilson
Magistrate Judge

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S WRITTEN DISCOVERY REQUESTS**

Defendants, Oliphant Financial, LLC ("Oliphant") and Accelerated Inventory Management, LLC ("Accelerated") (collectively "Defendants"), by and through their undersigned attorney, move pursuant to Fed. R. Civ. P. 6(b) for an extension of time allowed for them to respond to the written discovery requests served by Plaintiffs, for the reasons that follow:

1.      On January 11, 2021, Plaintiff, Isabel Hernandez ("Plaintiff") served written discovery requests upon Defendants, to wit: Plaintiff's First Set of Interrogatories, First Request for Production, First Request for Admissions and First Request for Statements.

2.      Accordingly, the deadline for Defendants to serve responses to Plaintiff's First Set of Interrogatories, First Request for Production, First Request for Admissions and First Request for Statements is February 10, 2021.  Such time has not yet expired.

3.      On February 10, 2021, Defendants served their responses to Plaintiff's First Request for Admissions; however, counsel for the Defendants in this action requires additional time to consult with its clients and prepare appropriate and complete responses to Plaintiff's First

1

Set of Interrogatories, First Request for Production, and First Request for Statements (collectively, the "Written Discovery Requests").

4.     The undersigned counsel has been in regular communication with Plaintiff's counsel, and attempted to confer with counsel's Plaintiff by requesting an agreement to extend Defendants' deadline to respond to Plaintiff's Written Discovery Requests by email on February 5, 2021, February 9, 2021 and February 10, 2021.  However, as of the time of this filing, Plaintiff's counsel has yet to respond to the undersigned's requests.

5.     This motion is not interposed for the purposes of delay.

6.     No party would be unduly prejudiced if this Court grants Defendants a thirty (30) day extension of time to enable Defendants to appropriately respond to the Complaint.

7.     Accordingly, for good cause shown, Defendants respectfully request an extension up to, and including March 12, 2021 to serve their responses to Plaintiff's Written Discovery Requests.

WHEREFORE, Defendants Oliphant Financial, LLC and Accelerated Inventory Management, LLC respectfully request that the Court grant their motion, and allow them an extension of time up to, and including March 12, 2021, in which to serve their responses to Plaintiff's Written Discovery Requests, and that the Court provide such further relief as it deems just and proper.

### Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), United States District Court, Middle District of Florida, the undersigned attempted to confer with Plaintiff's counsel to request consent to extend time to serve responses to Plaintiff's Written Discovery requests as outlined above, but did not receive a response.

2

**Memorandum of Law in Support**

As good cause has been shown for the extension of time requested herein, the time for Defendants to serve their responses to Plaintiff's Written Discovery Requests should be extended up to, and including March 12, 2021. *See* Fed. R. Civ. P. 6(b).

Dated: February 10, 2021                    Respectfully submitted,

                                            **OLIPHANT FINANCIAL, LLC and**
                                            **ACCELERATED INVENTORY**
                                            **MANAGEMENT, LLC,**

                        By:     /s/ Christopher P. Hahn
                                Christopher P. Hahn, Esq.
                                MAURICE WUTSCHER LLP
                                Florida Bar No. 87577
                                2255 Glades Road, Suite 324A
                                Boca Raton, FL 33431
                                Direct: (772) 237-3410
                                Fax: (866) 581-9302
                                chahn@MauriceWutscher.com
                                litigation@MauriceWutscher.com

**Certificate of Service**

The undersigned hereby certifies that on this **10th day of February, 2021**, a true and correct copy of the foregoing document and any related exhibits was served via CM/ECF on all interested parties.

                                /s/ Christopher P. Hahn

3