UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ISABEL HERNANDEZ,                               Case No.: 8:20-cv-00873-WFJ-TGW

      Plaintiff,                                Honorable William F. Jung
                                                Judge Presiding
v.
                                                Honorable Thomas G. Wilson
OLIPHANT FINANCIAL, LLC, and,                   Magistrate Judge
ACCELERATED INVENTORY
MANAGEMENT, LLC,

      Defendants.

_____/

**DEFENDANTS' AMENDED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S WRITTEN DISCOVERY REQUESTS**

Defendants, Oliphant Financial, LLC ("Oliphant") and Accelerated Inventory Management, LLC ("Accelerated") (collectively "Defendants"), by and through their undersigned attorney, move pursuant to Fed. R. Civ. P. 6(b) for an extension of time allowed for them to respond to the written discovery requests served by Plaintiffs, for the reasons that follow:

1.      On January 11, 2021, Plaintiff, Isabel Hernandez ("Plaintiff") served written discovery requests upon Defendants, to wit: Plaintiff's First Set of Interrogatories, First Request for Production, First Request for Admissions and First Request for Statements.

2.      Accordingly, the deadline for Defendants to serve responses to Plaintiff's First Set of Interrogatories, First Request for Production, First Request for Admissions and First Request for Statements was February 10, 2021.

3.      On February 10, 2021, Defendants served their responses to Plaintiff's First Request for Admissions; however, because counsel for the Defendants in this action required additional time to consult with its clients and prepare appropriate and complete responses to

1

Plaintiff's First Set of Interrogatories, First Request for Production, and First Request for Statements (collectively, the "Written Discovery Requests"), it timely moved to extend time to serve its responses to Plaintiff's Written Discovery Requests on February 10, 2021 [D.E. 19]. The motion was denied, without prejudice, as Plaintiff's counsel had not responded to Defendants' counsel's good faith efforts to confer in accordance with Rule Local Rule 3.01(g) [D.E. 20].

4.      The undersigned counsel has since conferred with Plaintiff's counsel who confirmed via email on February 11, 2021 that he does not object to an extension of time for Defendants to respond to Plaintiff's Written Discovery Requests up to, and including March 12, 2021.

5.      This motion is not interposed for the purposes of delay.

6.      No party would be unduly prejudiced if this Court grants Defendants a thirty (30) day extension of time to enable Defendants to appropriately respond to the Complaint.

7.      Accordingly, for good cause shown, Defendants respectfully request an extension up to, and including March 12, 2021 to serve their responses to Plaintiff's Written Discovery Requests.

WHEREFORE, Defendants Oliphant Financial, LLC and Accelerated Inventory Management, LLC respectfully request that the Court grant their amended motion, and allow them an extension of time up to, and including March 12, 2021, in which to serve their responses to Plaintiff's Written Discovery Requests, and that the Court provide such further relief as it deems just and proper.

### Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), United States District Court, Middle District of Florida, the conferred with Plaintiff's counsel who consents to the relief sought in this amended motion.

**Memorandum of Law in Support**

As good cause has been shown for the extension of time requested herein, the time for Defendants to serve their responses to Plaintiff's Written Discovery Requests should be extended up to, and including March 12, 2021.  *See* Fed. R. Civ. P. 6(b).

Dated: February 11, 2021                    Respectfully submitted,

> **OLIPHANT FINANCIAL, LLC and**
> **ACCELERATED INVENTORY**
> **MANAGEMENT, LLC,**

By:    /s/ Christopher P. Hahn_
        Christopher P. Hahn, Esq.
        MAURICE WUTSCHER LLP
        Florida Bar No. 87577
        2255 Glades Road, Suite 324A
        Boca Raton, FL 33431
        Direct: (772) 237-3410
        Fax: (866) 581-9302
        chahn@MauriceWutscher.com
        litigation@MauriceWutscher.com

**Certificate of Service**

The undersigned hereby certifies that on this **11th day of February, 2021**, a true and correct copy of the foregoing document and any related exhibits was served via CM/ECF on all interested parties.

/s/ Christopher P. Hahn