UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:20-00873-WFJ-TGW

Isabel Hernandez,

        Plaintiff,

        -against-

Oliphant Financial, LLC and Accelerated
Inventory Management, LLC,

        Defendants.

-----------------------------------------------------------------/

## UNOPPOSED MOTION TO AMEND COMPLAINT

1.     Plaintiff moves this Court for leave to file her amended complaint, on consent of Defendants' counsel, pursuant to Fed. R. Civ. P. 15 (a)(2) and Fed. R. Civ. P. 21. *A copy of the amended complaint is attached as Exhibit 1.*

2.     Rule 15(a)(1) provides that a plaintiff may amend her complaint within 21 days of serving it or within 21 days after service of a responsive pleading.  In all other instances, Rule 15(a)(2) provides that a party may amend its pleading only with the opposing party's written consent or the court's leave. In this case, Defendants' counsel has consented to Plaintiff's request for leave to amend the Complaint. Insofar as this request is being filed within the time allowed for an amended pleading under the Court's Case management and Scheduling Order, Plaintiff respectfully requests that the Court grant the instant motion.

## PROCEDURAL HISTORY

3.     Plaintiff commenced this case upon the filing of a Summons and Complaint with this Court on April 15, 2020. *Dkt. No.* 1, *et seq.*  The Clerk issued the requested Summonses on April 16, 2020. *Dkt.*

*No.* 3.

4.      Defendant Accelerated Inventory Management, LLC ("*Accelerated*") was served with process on May 15, 2020, and proof of such service was filed with the Court May 20, 2020. *Dkt. No.* 7.

5.      Defendant Oliphant Financial, LLC ("*Oliphant*") was served with process on June 2, 2020, and proof of such service was filed with the Court June 9, 2020. *Dkt. No.* 10.

6.      Defendants appeared in this action by filing a joint Answer to the Complaint on June 26, 2020. *Dkt. No.* 13.

7.      On September 17, 2020, the parties filed a proposed Case Management Report (the "CMR"). *Dkt. No.* 16.

8.      On September 18, 2020, the Court entered a Case management and Scheduling Order which provided, *inter alia,* that third party joinders and/or amendments of the pleadings are to be filed by February 12, 2021. *Dkt. No.* 17.

## RELIEF SOUGHT

9.      By this motion, Plaintiff seeks leave to amend her Complaint to supplement and amplify her general allegations in the Complaint by adding allegations pertaining to the phone calls placed by Defendants to Plaintiff's phone, as well as for the anxiety she suffered as a result thereof.

## BASIS FOR RELIEF

10.     Plaintiff seeks leave to add the supplemental allegations because they did come to light until after the original complaint was filed and are now necessary to show Article III standing under the Eleventh Circuit's recent decision in *Trichell v. Midland Credit Mgmt., Inc.*, 964 F.3d 990 (11th Cir. 2020).

11.     The original complaint was filed on April 15, 2020 (Dkt. No. 1) and the Answer was filed on June 26, 2020.

12.     There is no undue delay in the filing of this application since it is being filed within the time frame allowed by the Court's CMP for the amendment of pleadings.

Barshay Sanders PLLC

13.     There will be no prejudice to Defendants in that Defendants have yet to serve discovery demands in this case, and Defendants' counsel has consented to Plaintiff's request for leave to file an amended Complaint.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant the instant motion to file the proposed amended complaint as represented by Exhibit A, and for such other relief as the Court may deem just and proper.

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, undersigned counsel certifies that counsel for both Parties have conferred via email and counsel for Defendant has advised that Defendants do not oppose the relief sought herein.

DATED: February 12, 2021

**BARSHAY SANDERS, PLLC**

By: */s Craig B. Sanders*
Craig B. Sanders, Esq.
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 12, 2021I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record.

*/s Craig B. Sanders*
Craig B. Sanders, Esq.