**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Email: csanders@barshaysanders.com
Tel: (516) 203-7600
Fax: (516) 282-7878
*Attorneys for Plaintiff*
Our File No.: 118981

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

|  |  |
|---|---|
| ISABEL HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>OLIPHANT FINANCIAL, LLC AND ACCELERATED INVENTORY MANAGEMENT, LLC,<br><br>Defendant. | Case No: 8:20-cv-00873-WFJ-TGW<br><br>**STIPULATION OF SELECTION OF MEDIATOR** |

It is hereby stipulated and agreed, by and between the undersigned, that Betsy Singer, was selected, contacted, and has agreed to serve as mediator in this action.

It is further stipulated and agreed, in consultation with the mediator, that the initial mediation session will be held at a time to be determined, via Zoom conference.

It is further stipulated and agreed that counsel will participate in the mediation session in good faith and conference with the Mediator regarding the scheduling of additional conferences, bearing in mind the deadline for the completion of ADR, which is set forth in the Court's Scheduling Order.

1

DATED: February 26, 2021

**MAURICE WUTSCHER LLP**

By: /s Christopher P. Hahn
Christopher P. Hahn, Esq.
110 E. Broward Blvd, Suite 1700
Fort Lauderdale, FL 33301
Tel: (772) 237-3410
Email: chahn@mauricewutscher.com
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By:     /s Craig B. Sanders
Craig B. Sanders
100 Garden City Plaza, Suite 500 Garden
City, New York 11530
Tel. (516) 203-7600
Email: *csanders@BarshaySanders.com*
Our File No: 118981
*Attorneys for Plaintiff*



2