# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

ISABEL HERNANDEZ,

    Plaintiff,

v.                                       Case No: 8:20-cv-873-WFJ-TGW

OLIPHANT FINANCIAL, LLC and
ACCELERATED INVENTORY
MANAGEMENT, LLC,

    Defendants.

_____/

## ORDER APPOINTING MEDIATOR

Pursuant to the Notice of Mediation (Dkt. 27), and in accordance with

Chapter Four of the Local Rules of the Middle District of Florida, it is **ORDERED**

**AND ADJUDGED**:

The following individual is hereby appointed by the Court to serve as

mediator in this action:

        **Name of Mediator**:               Betsy Singer

        **Date/Time of Mediation**:       TBD --**no later than** March 12, 2021

        **Place of Mediation**:             via Zoom

Please take notice that the substance of the mediation is confidential.  No party, lawyer, or other participant is bound by, may record, or without the judge's approval may disclose any event, including any statement confirming or denying a fact --- except settlement --- that occurs during the mediation.

Attendance is required of lead counsel, each party or a party's surrogate satisfactory to the mediator, and any necessary insurance carrier representative. Any unexcused absence or departure from the mediation is sanctionable.  The parties should consult the undersigned's webpage on the FLMD website for current policy concerning continuation/cancelation and video/telephonic attendance.

The mediator shall file a written report within seven (7) days of the mediation conference stating the outcome and whether all required persons attended.

**DONE AND ORDERED** at Tampa, Florida, on February 26, 2021.


  s/*William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**Copies to**:
Mediator
Counsel of record and unrepresented parties, if any

2