UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ISABEL HERNANDEZ,                                    Case No. 8:20-cv-00873-WFJ-TGW

            Plaintiffs,

      v.

OLIPHANT FINANCIAL, LLC, and
ACCELERATED INVENTORY
MANAGEMENT, LLC

            Defendants.
_____/

**DEFENDANTS' UNOPPOSED MOTION TO PROCEED *PRO HAC VICE***

In accordance with M.D. Fla. Local Rule 2.01 governing special admission to practice before this Court, the undersigned respectfully moves for the admission *pro hac vice* of Shannon Miller, Esq. of the law firm of Maurice Wutscher LLP, 10 W. Front Street, Media, PA 19063, (215) 789-7157, for purposes of appearance as co-counsel on behalf of Defendants, Oliphant Financial, LLC and Accelerated Inventory Management, LLC ("Defendants"), in the above-styled case only, and pursuant to the e-mail registration requirements of M.D. Fla. Local Rule 2.01(c), to permit Shannon Miller to receive electronic filings in this case, and in support thereof states as follows:

1.      Shannon Miller and his law firm, Maurice Wutscher LLP, have been retained to represent Defendants in all proceedings conducted in this action.

2.      Mr. Miller is a resident of the Commonwealth of Pennsylvania.

3.      Mr. Miller is not admitted to practice in the State of Florida or the Middle District of Florida.

4.      Mr. Miller is a member in good standing of the bars of the Commonwealth of Pennsylvania, the State of New Jersey, the Eastern, Middle and Western Districts of Pennsylvania, the Northern District of Illinois, the Eastern District of Tennessee, the District of New Jersey and the Second and Third Circuit Courts of Appeal.

5.      Mr. Miller has not appeared in separate cases to such a degree as to constitute the maintenance of a regular practice of law in this District. In the last 36 months, Mr. Miller has not appeared in any matters in state or federal court in Florida.

6.      In accordance with the local rules of this Court, Shannon Miller has complied with both the fee and e-mail registration requirements of Rule 2.01 and has made payment of this Court's $150.00 admission fee.  A special admission attorney certification is attached hereto as **Exhibit A**.

7.      Mr. Miller has reviewed and is familiar with 28 U.S.C. § 1927.

8.      Mr. Miller has reviewed, is familiar with, and will be governed by, the Local Rules of the Middle District of Florida, including Rule 2.04.

9.      Mr. Miller has reviewed, is familiar with, and will be governed by, the Code of Professional Responsibility and other ethical limitations and requirements governing the professional behavior of the members of the Florida Bar, and submits to the jurisdiction of this Court for disciplinary purposes.

10.     Christopher P. Hahn, Esq., of the law firm of Maurice Wutscher LLP, 2255 Glades Road, Suite 324A, Boca Raton, FL 33431, (772) 237-3410, is a member in good standing of the Florida Bar and the United States District Court for the Middle District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system.

11.     Mr. Miller designates and consents to Christopher P. Hahn acting as the lawyer upon whom all notices and papers may be served and who will be responsible for the progress of the case.

12.     Accordingly, this motion to proceed *pro hac vice* should be granted pursuant to M.D. Fla. Local Rule 2.01.

### Memorandum of Law

This motion to proceed *pro hac vice* should be granted pursuant to M.D. Fla. Local Rule 2.01.

WHEREFORE, Christopher P. Hahn, moves this Court to enter an Order permitting Shannon Miller, Esq., to appear before this Court on behalf of Defendants, Oliphant Financial, LLC and Accelerated Inventory Management, LLC, for all purposes relating to the proceedings in the above-styled matter and provide such further and additional relief as it deems just and appropriate.

### Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), United States District Court, Middle District of Florida, the undersigned has conferred with counsel for the Plaintiff, Isabel Hernandez, who has no objection to the relief requested herein.

Dated: March 5, 2021     Respectfully submitted,

           **OLIPHANT FINANCIAL, LLC and**
           **ACCELERATED INVENTORY**
           **MANAGEMENT, LLC**

    By:  /s/ Christopher P. Hahn
        Christopher P. Hahn, Esq.
        MAURICE WUTSCHER LLP
        Florida Bar No. 87577
        2255 Glades Road, Suite 324A
        Boca Raton, FL 33431
        Direct: (772) 237-3410
        Fax: (866) 581-9302
        E-mail: chahn@MauriceWutscher.com
        litigation@MauriceWutscher.com

        /s/ Shannon P. Miller
        Shannon P. Miller, Esq.
        MAURICE WUTSCHER LLP
        10 West Front Street
        Media, PA 19063
        (215) 789-7157
        smiller@MauriceWutscher.com

## Certificate of Service

The undersigned hereby certifies that, on this **5th day of March, 2021**, a true and correct copy of the foregoing document and any related exhibits was served via CM/ECF on all interested parties.

        /s/Christopher P. Hahn