IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DIVISION
TAMPA DIVISION

 HERNANDEZ                                          CASE 8:20-cv-000873-WFJ-TGW

v.

OLIPHANT FINANCIAL LLC AND
ACCELERATED INVENTORY MANAGEMENT LLC


**<u>NOTICE OF ZOOM MEDIATION</u>**


Betsy Singer is inviting you to a scheduled Zoom meeting.

Topic: Betsy Singer's Zoom Meeting
Time: Mar 12, 2021 10:00 AM Eastern Time (US and Canada)

Join Zoom Meeting
https://us02web.zoom.us/j/84562915264?pwd=akRSUDBDMFduRktWOENQOW1mL245UT09

Meeting ID: 845 6291 5264
Passcode: 140921
One tap mobile
+16465588656,,84562915264#,,,,*140921# US (New York)
+13017158592,,84562915264#,,,,*140921# US (Washington DC)

Dial by your location
        +1 646 558 8656 US (New York)
        +1 301 715 8592 US (Washington DC)
        +1 312 626 6799 US (Chicago)
        +1 669 900 9128 US (San Jose)
        +1 253 215 8782 US (Tacoma)
        +1 346 248 7799 US (Houston)
Meeting ID: 845 6291 5264
Passcode: 140921
Find your local number: https://us02web.zoom.us/u/kbyXdOQcAH


Respectfully submitted,
/s/Betsy s. Singer

BETSY S. SINGER, ESQ.
BETSY S SINGER, PA
FBN 0352365
Mediator #: 11677C, R

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Zoom mediation notice on all parties via CM/ECF e-file portal on March 7,2021

**/s/Betsy S. Singer, Esq.**