# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

ISABEL HERNANDEZ,

    Plaintiff,

v.                           CASE NO. 8:20-cv-873-WFJ-TGW

OLIPHANT FINANCIAL, LLC,
and ACCELERATED INVENTORY
MANAGEMENT, LLC,

    Defendants.

_____/

## ORDER

THIS CAUSE came on for consideration upon the Defendants' Unopposed Motion to Proceed Pro Hac Vice (Doc. 30). The defendants represent that counsel will comply with the Local Rules.

It is, therefore, upon consideration,

ORDERED:

That the Defendants' Unopposed Motion to Proceed Pro Hac Vice (Doc. 30) be, and the same is hereby, **GRANTED**, and attorney Shannon Miller is authorized to appear pro hac vice.

DONE and ORDERED at Tampa, Florida, this 8 day of March 2021.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

2