IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA


Isabel Hernandez                             Case#: 8:20-cv-00873-WFJ=TGW


v.


Oliphant Financial LLC, Accelerated Inventory
Management, LLC.


## MEDIATION REPORT

A Zoom mediation session was held on Friday March 12,2021 at 10:00 a.m. In attendance were Plaintiff Isabel Hernandez, Plaintiff's attorney Craig Sanders, Esq., Defendant Oliphant Financial LLC and Accelerated Inventory Management, LLC. and their attorney Shannon Miller, Esq.


**XX   An impasse was reached.  No Agreement.**

Respectfully submitted,
/s/Betsy S. Singer
Betsy S. Singer, Esq.
FBN 0352365
Mediator#11677 C, R


## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of this Mediation Report was served on all parties via the CM/ECF e- file portal this 15 day of March 2021.

/s/ Betsy S Singer

Betsy S. Singer, Esq.