UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ISABEL HERNANDEZ,  No.: 8:20-cv-00873-WFJ-TGW

    Plaintiff,

v.

OLIPHANT FINANCIAL, LLC, and,
ACCELERATED INVENTORY
MANAGEMENT, LLC,

    Defendants.
_____/

## TABLE OF EXHIBITS

| Number | Title |
|---|---|
| A | **Declaration of Michael Crossan ("Crossan Decl.")** |
| A-1 | **Bill of Sale** |
| A-2 | **Borrower Agreement** |
| A-3 | **Note** |
| A-4 | **Loan Summary** |
| A-5 | **Credit Score Notice** |
| A-6 | **TILA Disclosure Statement** |
| A-7 | **Terms of Use and Consent to Electronic Transactions and Disclosures and Electronic Consent** |
| A-8 | **Credit Profile Authorization** |
| A-9 | **Authorization for Automatic Payment** |
| A-10 | **Certificate of Sale** |
| A-11 | **Account Notes** |
| A-12 | **Letter** |
| | |
| B | **Certification of Shannon Miller, Esq. ("Miller Cert.")** |
| B-1 | **Dismissal Demand Letter** |
| B-2 | **Defendants' Discovery Requests to Plaintiff** |
| B-3 | **Defts. Responses to RFAs** |
| B-4 | **Defts. Responses to Rogs** |
| B-5 | **Defts. Responses to RPDs** |
| B-6 | **Pltfs. Responses to RFAs** |
| B-7 | **Pltfs. Responses to Rogs** |
| B-8 | **Pltfs. Responses to RPDs** |

| B-9 | Plaintiff's Dep. |