UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ISABEL HERNANDEZ,                              No.: 8:20-cv-00873-WFJ-TGW

      Plaintiff,

v.

OLIPHANT FINANCIAL, LLC, and,
ACCELERATED INVENTORY
MANAGEMENT, LLC,

      Defendants.

_____/

### **DEFENDANTS', OLIPHANT FINANCIAL, LLC AND ACCELERATED INVENTORY MANAGEMENT, LLC, CERTIFICATION OF CONFERENCE**

Defendants, Oliphant Financial, LLC ("Oliphant") and Accelerated Inventory Management, LLC ("Accelerated") (collectively the "Defendants"), by and through their counsel, Maurice Wutscher, LLP, state that, in compliance with the Court's Scheduling Order (*ECF No.* 17) and in relation to their motion for summary judgment (*ECF No.* 41), they conferred with Plaintiff and the parties were able to agree on certain facts not in dispute, as reflected by Plaintiff's Statement of Disputed Facts (*ECF No.* 46) which identify the facts offered by Defendants that are not in dispute.

Date: July 7, 2021          Respectfully submitted,

                               **ACCELERATED INVENTORY MANAGEMENT, LLC AND OLIPHANT FINANCIAL, LLC,**

                               *s/ Shannon Miller*
                               Shannon Miller, Esq. (*Pro Hac Vice*)

Maurice Wutscher, LLP
Attorneys for Defendants
10 W. Front Street
Media, PA 19063
smiller@mauricewutscher.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct of the foregoing was served on this date electronically on all parties of record.

*/s/ Shannon Miller*
Shannon Miller

Date: July 7, 2021