**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | | |
|---|---|---|
| **CASE NO.:   8:20-cv-873-WFJ-TGW** | **DATE:    July 26, 2021** | |
| **HONORABLE WILLIAM F. JUNG** | | |
| **ISABEL HERNANDEZ,**<br><br>       **Plaintiff**<br><br>v.<br><br>**OLIPHANT FINANCIAL, LLC, et al.,**<br><br>       **Defendants** | **PLAINTIFF COUNSEL**<br>Craig B. Sanders<br><br><br>**DEFENDANT COUNSEL**<br>Shannon P. Miller<br>Christopher Patrick Hahn | |
| **COURT REPORTER:** Tracey Aurelio | **DEPUTY CLERK:** | Shameeka Olden |
| **TIME:** 9:31 AM - 10:05 AM<br>**TOTAL:** 34 minutes | **COURTROOM:** | 15B |

**PROCEEDINGS:**    MOTION HEARING re Defendants' Motion for Summary Judgment (Doc. 41)

The Court heard argument from counsel.

The Court granted [41] Defendants' Motion for Summary Judgment. Order to follow.