UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ISABEL HERNANDEZ,                              No.: 8:20-cv-00873-WFJ-TGW

      Plaintiff,

v.

OLIPHANT FINANCIAL, LLC, and,
ACCELERATED INVENTORY
MANAGEMENT, LLC,

      Defendants.

_____/

## **DEFENDANTS', OLIPHANT FINANCIAL, LLC AND ACCELERATED INVENTORY MANAGEMENT, LLC, MOTION FOR PROPOSED SCHEUDLING ORDER**

Defendants, Oliphant Financial, LLC ("Oliphant") and Accelerated Inventory Management, LLC ("Accelerated") (collectively the "Defendants") by and through their counsel, Maurice Wutscher, LLP, respectfully submit this for Proposed Scheduling Order in relation to the Court's Order dated August 2, 2021.

Relevant to the instant Motion, on July 26, 2021 at the hearing on the Defendant's Motion for Summary Judgment, the Court granted judgement in Defendant's favor. *See ECF No.* 50. Thereafter, on or about August 2, 2021, the Court issued an order which provided that, "[i]n the interest of judicial economy, the defendants seeking relief under Doc. 41 should file their detailed basis for fees, showing and supporting in detail what is requested as sanction." *ECF No. 51*. The Court's order also directed that Plaintiff should file any response 21 days after Defendants' submission is filed. *Id*

1

Defendants are in the process of preparing their detailed basis for fees pursuant to 15 U.S.C. § 1692k(a)(3), Fla. Stat. § 559.77(2), and Fla. Stat. § 57.105(1) and (7) as requested in Doc 41.  However, the Court did not set a date by which the Defendants should make such filing. *See, Id.*

As such, the Defendants request that the Court enter the following scheduling order:

1.    No later than August 30, 2021, the Defendants will file their detailed basis for fees pursuant to the Court's August 2, 2021 Order;

2.    Plaintiff shall file her response thereto within 21 days pursuant to the Court's August 2, 2021 Order.

Counsel for Plaintiff was contacted before this motion was filed and Plaintiff does not object to the instant request.

WHEREFORE, Defendants, Oliphant Financial, LLC and Accelerated Inventory Management, LLC, respectfully request that the Court enter the above scheduling order in regard to the Court's order of August 2, 2021.

Date: August 11, 2021                Respectfully submitted,

**ACCELERATED INVENTORY MANAGEMENT, LLC AND OLIPHANT FINANCIAL, LLC,**

*s/ Shannon Miller*
Shannon Miller, Esq. (*Pro Hac Vice*)
Maurice Wutscher, LLP

2

Attorneys for Defendants
10 W. Front Street
Media, PA 19063
smiller@mauricewutscher.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct of the foregoing was served on this date upon all parties via the electronic filing system.

*/s/ Shannon Miller*
Shannon Miller

Date: August 11, 2021