**PAYMENT AUTHORIZATION FORM**

VISA

CARD NUMBER: _____ _____ _____ _____

CARD HOLDER NAME: _____

EXP DATE: _____   ZIP: _____   CVV: _____

SIGNATURE*: _____   AMOUNT: _____

*By signing the above, I authorized as the owner of the card to charge the one-time agreed amount above

1800 Second St. Suite 603
Sarasota FL 34236

Date: 12/31/2019
Reference: ██7354

ISABEL HERNANDEZ
175 HOYT ST APT 4D
BROOKLYN NY 11217

Oliphant Financial, LLC
1800 Second St. Suite 603
Sarasota FL 34236



Pay by Mail:
P.O. Box 740882
Atlanta, GA 30374

Physical and Correspondence Address: 1800 Second St. Suite 603 Sarasota FL 34236

MON - THUR 9:00am to 6:00pm EST ; Friday 8:15am to 5pm EST.; www.oliphantfinancial.com; Toll Free: 800-262-1999

| Date | Original Account Number | Current Creditor |
|---|---|---|
| 12/31/2019 | ██5314 | Accelerated Inventory Management, LLC |

| Reference | Original Creditor | | Amount Due |
|---|---|---|---|
| ██7354 | WebBank | | 9,706.72 |

Dear ISABEL HERNANDEZ

Please be advised that Accelerated Inventory Management, LLC has purchased and now owns the above referenced account and we are therefore contacting you to resolve your outstanding balance.

Unless you notify this office, within 30 days after receiving this letter, that you dispute the validity of the debt, or any portion thereof, this office will assume the debt is valid. If you notify this office in writing within 30 days after receiving this letter, that the debt, or any portion thereof, is disputed, this office will obtain verification of the debt or obtain a copy of a judgment against you, if any. A copy of such verification or judgment will be mailed to you. Upon your written request within the thirty-day period after you receive this letter, we will provide you with the name and address of the original creditor, if different from the current creditor.

This is a communication from a debt collector. This is an attempt to collect a debt. Any information will be used for that purpose.

Please contact Horace Driskell at 800-262-1999 to discuss this letter.

Sincerely,
Oliphant Financial, LLC

Please see reverse side for additional information

Total of payments made on the above referenced debt since charge-off: 0.00

GRAMM-LEACH-BLILEY PRIVACY ACT NOTICE In 1999, Congress enacted the Gramm-Leach-Bliley Act (Public Law 106-102). Federal laws require that we, along with financial institutions, explain to our customers what information we collect and how we disclose this information in order to provide our services, in order to meet these requirements, the following is our privacy statement.In general, the categories of nonpublic personal information collected about you from your application, your educational institution, and consumer-reporting agencies, include your address and other contact information, demographic background, account and educational status, family income, Social Security number, employment information, collection and repayment history, and credit history.We disclose nonpublic personal information to third parties only as necessary to service your account and as permitted by the Privacy Act of 1974. The Privacy Act permits disclosure to third parties as authorized under certain routine uses. Examples of disclosures permitted under the Privacy Act include disclosure to Federal and state agencies, private parties such as relatives, present and former employers, and creditors, and our contractors for purposes of administration of the student financial assistance programs, for enforcement purposes, for litigation, and for use in connection with audits or other investigations. We do not sell or otherwise make available any information about you to any third parties for marketing purposes.We protect the security and confidentiality of nonpublic personal information by implementing the following policies and practices. All physical access to the sites where nonpublic personal information is maintained is controlled and monitored by security personnel. Our computer systems offer a high degree of resistance to tampering and circumvention. These systems limit data access to our staff and contract staff on a "need-to-know" basis, and control individual users ability to access and alter records within the systems. All users of these systems are given a unique user id with personal identifiers. All interactions by individual users with the systems are recorded.

New York City Department of Consumer Affairs License Number: 1244305

To The Consumer: Debt collectors, in accordance with the Fair Debt Collection Practices Act, 15 U.S.C.§ 1692 et seq., are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including, but not limited to: (1) the use or threat of violence; (2) the use of obscene or profane language; and (3) repeated phone calls made with the intent to annoy, abuse, or harass. If a creditor or debt collector receives a money judgment against you in court, state and federal laws prevent the following types of income from being taken to pay the debt: (1) Supplemental security income, (SSI); (2) Social security; (3) Public assistance (welfare); (4) Spousal support, maintenance (alimony) or child support; (5) Unemployment benefits; (6) Disability benefits; (7) Workers' compensation benefits; (8) Public or private pensions; (9) Veterans' benefits; (10) Federal student loans, federal student grants, and federal work study funds; and (11) Ninety percent of your wages or salary earned in the last sixty days.