# EXHIBIT
# A

# MauriceWutscher

**Shannon P. Miller**

Maurice Wutscher LLP
10 W. Front Street
Media, PA 19063

(215) 789-7157
smiller@mauricewutscher.com
Admitted in PA & NJ

ANAHEIM
ATLANTA
AUSTIN
BIRMINGHAM
BOSTON
CHICAGO
CINCINNATI
CLEVELAND
DALLAS
FT. LAUDERDALE
FLEMINGTON
NASHVILLE
NEW YORK
PHILADELPHIA
WASHINGTON, DC

mauricewutscher.com

July 2, 2021

Craig B. Sanders, Esq.
BARSHAY SANDERS, PLLC
100 Garden City Plaza, Suite 500
Garden City, New York 11530

Re:    ***Hernandez v. Oliphant Financial, LLC, et al.,*** Case No.: 8:20-cv-00873-WFJ-TGW
       United States District Court for the Middle District of Florida, Tampa Division

Dear Counsel:

The undersigned's firm represents defendants Oliphant Financial, LLC ("Oliphant") and Accelerated Inventory Management, LLC ("Accelerated") (collectively the "Defendants") in the above captioned matter. This letter shall serve as Defendants' demand pursuant to Federal Rule of Civil Procedure 11 and Florida Statute § 57.105 for the plaintiff to withdraw her opposition to the Defendants' motion for summary judgment and to dismiss her complaint with prejudice or be subject to sanctions.

Pursuant to both Federal Rule of Civil Procedure 11 and Florida Statute § 57.105 the attached motion is being served upon you today and will be filed in twenty-one (21) days if the Plaintiff fails to comply with the Defendants' demand.

Sincerely,

**MAURICE WUTSHCER, LLP**

/s/ *Shannon Miller*

Shannon Miller, Esq.

For the firm

cc:    Client