UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ISABEL HERNANDEZ,                              No.: 8:20-cv-00873-WFJ-TGW

      Plaintiff,

v.

OLIPHANT FINANCIAL, LLC, and,
ACCELERATED INVENTORY
MANAGEMENT, LLC,

      Defendants.

_____/

## DEFENDANTS', OLIPHANT FINANCIAL, LLC AND ACCELERATED INVENTORY MANAGEMENT, LLC, RESPONSE TO THE COURT'S REQUEST FOR CLARIFICATION AND THE PLAINTIFF'S RESPONSE THERETO

Defendants, Oliphant Financial, LLC ("Oliphant") and Accelerated Inventory Management, LLC ("Accelerated") (collectively the "Defendants") by and through their counsel, Maurice Wutscher, LLP, respectfully submit this Response to both the Court's Order and the Plaintiff's Response (*ECF No. 60*) regarding the Defendants' letter dated January 28, 2021.

As the Plaintiff identifies, in error the letter dated January 28, 2021 ("Rule 11 Letter") had an improper case caption, although the body of the Rule 11 Letter was in reference to the instant action and was sent via email with a subject line matching the instant case caption. *See **Exhibit A** attached hereto.*

Upon recognition of the error in the Rule 11 Letter's caption, a revised version was sent on February 4, 2021, *see, **Exhibit A**,* changing the case caption only. *See **Exhibit B** attached hereto.* The body of the Rule 11 Letter served on

1

Plaintiff on January 28, 2021 and the version reflecting a revised caption served on February 2, 2021 remained the same in both. In error, *ECF No 42-3* reflects the improperly captioned letter, however the attached **Exhibit B** is identical thereto, save for the incorrect case caption, and was served upon Plaintiff as Defendants have represented to the Court.

Respectfully submitted,

**MAURICE WUTSCHER LLP**

*s/ Shannon Miller*
Shannon Miller, Esq. (*Pro Hac Vice*)
Maurice Wutscher, LLP
Attorneys for Defendants
10 W. Front Street
Media, PA 19063
smiller@mauricewutscher.com

Date: September 22, 2021

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct of the foregoing was served on this date electronically on all parties of record.

*/s/ Shannon Miller*
Shannon Miller

Date: September 22, 2021

2