# EXHIBIT
# A

Case 8:20-cv-00873-WFJ-TGW Document 61-1 Filed 09/22/21 Page 2 of 5 PageID 776



Shannon Miller <smiller@mauricewutscher.com>

# Hernandez v. Oliphant Financial, LLC, et al. // Case No.: 8:20-cv-00873-WFJ-TGW (U.S.D.C. M.D. Fla.)

**Christopher Hahn** <chahn@mauricewutscher.com>                    Wed, Sep 22, 2021 at 3:59 PM
To: Shannon Miller <smiller@mauricewutscher.com>

Christopher P. Hahn
**Maurice Wutscher LLP**
2255 Glades Road, Suite 324A
Boca Raton, FL 33431
Direct: (772) 237-3410
Cell: (949) 412-3290
Fax: (866) 581-9302
Email: chahn@MauriceWutscher.com

*Admitted to practice law in Florida*

**MauriceWutscher**

ALABAMA | CALIFORNIA | FLORIDA | GEORGIA | ILLINOIS | MASSACHUSETTS | NEW JERSEY | NEW YORK | OHIO | PENNSYLVANIA | TENNESSEE | TEXAS | WASHINGTON, D. C.

CONFIDENTIALITY NOTICE: This communication (including any related attachments) may contain confidential and/or privileged material. Any unauthorized disclosure or use is prohibited. If you received this communication in error, please contact the sender immediately, and permanently delete the communication (including any related attachments) and permanently destroy any copies.

IRS CIRCULAR 230 NOTICE: To the extent that this message or any attachment concerns tax matters, it is not intended to be used and cannot be used by any taxpayer for the purpose of avoiding penalties that may be imposed by law.

---------- Forwarded message ---------
From: **Christopher Hahn** <chahn@mauricewutscher.com>
Date: Thu, Feb 4, 2021 at 5:19 PM
Subject: Re: Hernandez v. Oliphant Financial, LLC, et al. // Case No.: 8:20-cv-00873-WFJ-TGW (U.S.D.C. M.D. Fla.)
To: Craig Sanders (BS) <csanders@barshaysanders.com>
Cc: Jonathan Cader <JCader@barshaysanders.com>

My apologies. Please see the attached.

No objection extending response deadline to 2/10 in Macius, and of course in Hernandez due to the initial error in sending the wrong/duplicate letter.

***We've Moved! Please note our new address effective 1/1/2021 below***

Christopher P. Hahn

**Maurice Wutscher LLP**
2255 Glades Road, Suite 324A
Boca Raton, FL 33431
Direct: (772) 237-3410
Cell: (949) 412-3290
Fax: (866) 581-9302
Email: chahn@MauriceWutscher.com

*Admitted to practice law in Florida*

# MauriceWutscher

ALABAMA  |  CALIFORNIA  |  FLORIDA  |  GEORGIA  |  ILLINOIS  |  MASSACHUSETTS  |  NEW JERSEY  |  NEW YORK  |
OHIO  |  PENNSYLVANIA  |  TENNESSEE  |  TEXAS  |  WASHINGTON, D. C.

CONFIDENTIALITY NOTICE:  This communication (including any related attachments) may contain confidential and/or privileged material.  Any unauthorized disclosure or use is prohibited.  If you received this communication in error, please contact the sender immediately, and permanently delete the communication (including any related attachments) and permanently destroy any copies.

IRS CIRCULAR 230 NOTICE:  To the extent that this message or any attachment concerns tax matters, it is not intended to be used and cannot be used by any taxpayer for the purpose of avoiding penalties that may be imposed by law.

On Thu, Feb 4, 2021 at 5:08 PM Craig Sanders (BS) <csanders@barshaysanders.com> wrote:

> Chris -the letter attached to this email was a second copy of Macuis and not related to Hernandez.  Please forward the Hernandez letter to my attention.  Also, please extend the deadline you provided in your letter until the 10[th].
>
> Craig B. Sanders
>
> **BARSHAY | SANDERS,** PLLC
>
> 100 Garden City Plaza | Fifth Floor | Garden City, NY 11530
>
> Phone: 516.203.7600 | Fax 516.282-7878
>
> email: csanders@barshaysanders.com
>
> CONFIDENTIALITY NOTICE: THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE  INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION.  ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE, PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY.  THANK YOU.
>
> ---
>
> **From:** Christopher Hahn <chahn@mauricewutscher.com>
> **Sent:** Thursday, January 28, 2021 1:13 PM
> **To:** Craig Sanders (BS) <csanders@barshaysanders.com>
> **Subject:** Hernandez v. Oliphant Financial, LLC, et al. // Case No.: 8:20-cv-00873-WFJ-TGW (U.S.D.C. M.D. Fla.)

Mr. Sanders, please see the attached.

**\*\*We've Moved!  Please note our new address effective 1/1/2021 below\*\***

Christopher P. Hahn

**Maurice Wutscher LLP**
2255 Glades Road, Suite 324A

Boca Raton, FL 33431
Direct: (772) 237-3410

Cell: (949) 412-3290
Fax: (866) 581-9302
Email: chahn@MauriceWutscher.com

*Admitted to practice law in Florida*

ALABAMA  |  CALIFORNIA  |  FLORIDA  |  GEORGIA  |  ILLINOIS  |  MASSACHUSETTS  |  NEW JERSEY  |  NEW YORK  |  OHIO  |  PENNSYLVANIA  |  TENNESSEE  |  TEXAS  |  WASHINGTON, D. C.

CONFIDENTIALITY NOTICE:  This communication (including any related attachments) may contain confidential and/or privileged material.  Any unauthorized disclosure or use is prohibited.  If you received this communication in error, please contact the sender immediately, and permanently delete the communication (including any related attachments) and permanently destroy any copies.

IRS CIRCULAR 230 NOTICE:  To the extent that this message or any attachment concerns tax matters, it is not intended to be used and cannot be used by any taxpayer for the purpose of avoiding penalties that may be imposed by law.

**MauriceWutscher**

**www.MauriceWutscher.com**

Alabama  |  California  |  Florida  |  Georgia  |  Illinois  |  Massachusetts  |  New Jersey  |  New York  |  Ohio  |  Pennsylvania  |  Tennessee  |  Texas  |  Washington, DC

CONFIDENTIALITY NOTICE: This communication (including any related attachments) may contain confidential and/or privileged material. Any unauthorized disclosure or use is prohibited. If you received this communication in error, please contact the sender immediately, and permanently delete the communication (including any related attachments) and permanently destroy any copies.

[Quoted text hidden]

---

**Hernandez - Ltr to Cousnel (as sent 1-28-21).pdf**
816K